BEFORE: VIKTOR V. POHORELSKY  DATE: 6/10/10
UNITED STATES MAGISTRATE JUDGE  START TIME: 12:00 PM
  END TIME: 12:15 PM

DOCKET NO.   MJ 10-211 (VVP)

CASE NAME:   USA v. MICHAEL GABRIEL

### CRIMINAL CAUSE FOR STATUS CONFERENCE

APPEARANCES:   Govt   AUSA Justin Lerer

  Defendant   Dian Ferrone, Retained


  X   Case called.

  X   All sides present

-Conference held.
-Bail conditions modified to preclude travel to Florida.