WMN/LM:JDL/ES
F.#2010R00036 / OCDETF #NY-NYE-645

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 0 8 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MICHAEL HOSNY GABRIEL,

         Defendant.

- - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. 10-588 (JBW)
(T. 21, U.S.C.,
§§ 841(b)(1)(C), 846,
853(a) and 853(p); T. 18,
U.S.C., §§ 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

<u>CONSPIRACY TO DISTRIBUTE ADDERALL</u>

    1.  On or about and between May 1, 2008 and December 21, 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MICHAEL HOSNY GABRIEL, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing Adderall, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

    (Title 21, United States Code, Sections 846 and 841(b)(1)(C); Title 18, United States Code, Sections 3551 <u>et seq.</u>)

## CRIMINAL FORFEITURE ALLEGATION

2.   The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

3.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

   (c)   has been placed beyond the jurisdiction of the court;

   (d)   has been substantially diminished in value; or

   (e)   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any

other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p)).

*Loretta E. Lynch*
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK