# United States District Court

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

MICHAEL HOSNY GABRIEL,

Defendant(s).

**WAIVER OF INDICTMENT**

CASE NUMBER: 10 CR 588 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 0 8 2010 ★
BROOKLYN OFFICE

I, __Michael Hosny Gabriel__, the above named defendant, who is accused of knowingly and intentionally conspiring to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing Adderall, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __September 8, 2010__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: __s/Robert Levy__
              Judicial Officer