SERCARZ & RIOPELLE, LLP
CARNEGIE HALL TOWER
152 WEST 57TH STREET, 24TH FLOOR
NEW YORK, NEW YORK 10019
1-212-586-4900
FACSIMILE 1-212-586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

DIANE FERRONE
*ADMITTED IN NY & NJ

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 0 4 2010 ★

BROOKLYN OFFICE

November 1, 2010

**BY FAX AND REGULAR MAIL**

The Honorable Jack B. Weinstein
U.S. District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Michael Hosny Gabriel, 10 Cr. 588</u>

Your Honor:

I am writing to request a bail modification that would permit the defendant, Dr. Michael Gabriel, to travel to Tampa, Florida from Thursday November 4, 2010 through Monday November 8, 2010.

**Background**

The defendant pled guilty on September 8, 2010 and is currently at liberty on bail pursuant to the following terms and conditions:

A $500,000 personal recognizance bond co-signed by two financially responsible sureties (the defendant's parents), and travel limited to the Southern and Eastern Districts of New York, Ohio and West Virginia.

The defendant requests that he be permitted to travel to Tampa, Florida to see his cousin, Jack Girgis, who was in a serious motorcycle accident and is currently in the Intensive Care Unit at Bayfront Hospital in St. Petersburg, Florida.

I have corresponded with AUSA Justin Lerer regarding this application, and the government has no objection to the defendant's request. I have also spoken to Dr. Gabriel's Pre-trial Services Officer in West Virginia, Millie Devore, and she has no objection to the request.

SERCARZ & RIOPELLE, LLP

The Honorable Jack B. Weinstein
November 1, 2010
Page 2

**Conclusion**

    For all the reasons set forth herein, we respectfully request that the defendant's travel conditions be modified in order to permit him to travel as described above. If the Court is willing to grant this application, it may do so by executing this letter at the "So Ordered" signature line provided below.

    Respectfully yours,

    *Diane Ferrone*

    Diane Ferrone

cc: AUSA Justin Lerer (via e-mail)
    Pre-trial Services Officer Millie Devore (via e-mail)

    The defendant, Michael Hosny Gabriel, having made application for a modification to his bail conditions to permit travel to Tampa, Florida in the Middle District of Florida from November 4, 2010 through November 8, 2010, and the U.S. Attorney's Office and Pre-Trial Services having no objection to this application, and good cause appear to grant the application,

    IT IS ORDERED that the conditions of defendant Michael Hosny Gabriel's bail be modified to permit him to travel to Tampa, Florida from November 4, 2010 through November 8, 2010.

    SO ORDERED:

    _____
    HON. JACK B. WEINSTEIN
    U.S.D.J.