**SERCARZ & RIOPELLE, LLP**
CARNEGIE HALL TOWER
152 WEST 57TH STREET, 24TH FLOOR
NEW YORK, NEW YORK 10019

1-212-586-4900
FACSIMILE 1-212-586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*
DIANE FERRONE
*ADMITTED IN NY & NJ

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 04 2011 ★

BROOKLYN OFFICE

January 18, 2011

**BY FAX AND REGULAR MAIL**

The Honorable Jack B. Weinstein
U.S. District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Michael Hosny Gabriel, 10 Cr. 588*

Your Honor:

I am writing to request a bail modification that would permit the defendant, Dr. Michael Gabriel, to travel to Clearwater, Florida from Thursday January 20, 2011 through Sunday January 30, 2011.

**Background**

The defendant pled guilty on September 8, 2010 and is currently at liberty on bail pursuant to the following terms and conditions:

A $500,000 personal recognizance bond co-signed by two financially responsible suretors (the defendant's parents), and travel limited to the Southern and Eastern Districts of New York, Ohio and West Virginia.

Back in November, Your Honor granted the defendant's request to travel to Florida to see his cousin, who was in a very serious motorcycle accident and in a coma. The defendant's cousin has miraculously woken from his coma. The defendant would like to travel to Florida to see his cousin, and spend time with his family.

SERCARZ & RIOPELLE, LLP

The Honorable Jack B. Weinstein
January 18, 2011
Page 2

     I have corresponded with AUSA Justin Lerer regarding this application, and the government has no objection to the defendant's request. I have also corresponded with Dr. Gabriel's Pre-trial Services Officer in West Virginia, Millie Devore, and she has no objection to the request.

**Conclusion**

     For all the reasons set forth herein, we respectfully request that the defendant's travel conditions be modified in order to permit him to travel as described above.

                                                                  Respectfully yours,

                                                                  Diane Ferrone

cc:   AUSA Justin Lerer (via e-mail)
       Pre-trial Services Officer Millie Devore (via e-mail)