**SERCARZ & RIOPELLE, LLP**

CARNEGIE HALL TOWER
152 WEST 57TH STREET, 24TH FLOOR
NEW YORK, NEW YORK 10019

1-212-586-4900
FACSIMILE 1-212-586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*
DIANE FERRONE
*ADMITTED IN NY & NJ

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 28 2011

**BROOKLYN OFFICE**

February 23, 2011

**BY FAX AND REGULAR MAIL**

The Honorable Jack B. Weinstein
U.S. District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Michael Hosny Gabriel, 10 Cr. 588*

Your Honor:

On February 16, 2011, Your Honor granted the defendant's request to travel to Clearwater, Florida from Thursday February 17, 2011 through Tuesday February 22, 2011.

The defendant has learned that his sister and her family are coming to Florida, and his family is planning to stay in Florida until March 3, 2011.

I have corresponded with AUSA Justin Lerer regarding this application, and the government has no objection to the defendant's request. I have also corresponded with Dr. Gabriel's Pre-trial Services Officer in West Virginia, Millie Devore, and she has no objection to the request.

For all the reasons set forth herein, we respectfully request that the defendant's travel conditions be modified in order to permit him to stay in Florida until March 3, 2011

Respectfully yours,

Diane Ferrone

cc:    AUSA Justin Lerer (via e-mail)
       Pre-trial Services Officer Millie Devore (via e-mail)