UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

# MEMORANDUM

Report further activity. E&D
JW 9/15/11

**DATE:** September 15, 2011

**TO:** Honorable Jack B. Weinstein
Senior United States District Judge

**RE:** Gabriel, Michael Hosny
Docket No. ~~10-M-211~~ 10cr588(JBW)
**Status Report**

---

The above referenced defendant was arrested on March 4, 2010 for Conspiracy to Possess with Intent to Distribute Controlled Substance. The defendant made his initial appearance in this district on March 5, 2010 before U.S. Magistrate Judge Viktor V. Pohorelsky and was released on a $500,000 collateral bond with the following conditions: travel restricted to the Eastern District of New York, New York City, Ohio, and West Virginia, no contact with co-conspirators except in the presence of counsel, must avoid 523 5th Street, Brooklyn, NY (except in the presence of DEA agents to pick up belongings), report to Pretrial Services as directed, subject to random home & employment visits, no firearms, prohibited from writing prescriptions for Adderall under any circumstances, must reside at 8606 County Road, Proctorville, OH 45667, and random drug testing, evaluation, and treatment for substance abuse. On March 11, 2010, the defendant's bond was modified to include Clearwater, Florida as a permitted place to travel. The defendant is scheduled to be sentenced before Your Honor on October 27, 2011 at 1:00pm. Due to the defendant's residence being in Proctorville, OH, which is closer to the West Virginia Pretrial Services Office, courtesy supervision is being conducted by the Southern District of West Virginia by Probation Officer Mildred L. Devore.

We are writing to inform Your Honor that on September 14, 2011, Officer Devore advised our office that the defendant was arrested on August 4, 2011 for two misdemeanors - Hit and Run; Property Damage and Expired Insurance. On August 2, 2011, the defendant was involved in a hit and run at 1600 Block 9th Avenue, Cabell County, West Virginia, which resulted in the defendant hitting a parked vehicle. In addition, the defendant stated that he had no proof of insurance. On August 4, 2011, the defendant appeared in state court and was released on a personal recognizance bond in the amount of $2,000. The defendant later stated that his vehicle was insured at the time and needs to provide insurance documentation in order for the charges to be dismissed. The defendant's next state court date is scheduled for a preliminary conference on September 29, 2011.



We are providing this memo for informational purposes only and are not requesting any court action at this time. Pretrial Services will continue to monitor the defendant and if there are any further issues, we will notify the Court immediately. Should Your Honor have any questions or concerns, please contact Pretrial Technician Erin J. Rodriguez at (718) 613-2684.

Prepared by: ______________________
Erin J. Rodriguez
U.S. Pretrial Technician

Approved by: ______________________
Andrew Prozeller
Supervising U.S. Pretrial Services Officer