## SERCARZ & RIOPELLE, LLP

CARNEGIE HALL TOWER
152 WEST 57TH STREET, 24TH FLOOR
NEW YORK, NEW YORK 10019
(212) 586-4900
FACSIMILE (212) 586-1234

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 28 2011 ★

BROOKLYN OFFICE

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

DIANE FERRONE

*ADMITTED IN NY & NJ

November 17, 2011

**BY FACSIMILE**

The Honorable Jack B. Weinstein
U.S. District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Michael Hosny Gabriel, 10 Cr. 588*

Your Honor:

I am writing to request a bail modification that would permit the defendant, Dr. Michael Gabriel, to travel to Clearwater, Florida from November 23 through December 1, 2011 and December 23, 2011 through January 8, 2012.

**Background**

The defendant pled guilty on September 8, 2010 and is currently at liberty on bail pursuant to the following terms and conditions:

A $500,000 personal recognizance bond co-signed by two financially responsible suretors (the defendant's parents), and travel limited to the Southern and Eastern Districts of New York, Ohio and West Virginia.

The defendant requests that he be permitted to travel with his parents to their home in Clearwater, Florida for the upcoming holidays.

I have spoken with AUSA Justin Lerer regarding this application, and the government has no objection to the defendant's request.

The Honorable Jack B. Weinstein
November 17, 2011
Page 2

    I reached out to Dr. Gabriel's Pre-trial Services Officer in West Virginia, Millie Devore, on Monday and followed up today, but have not heard back. Ms. Devore has not objected to prior requests for Dr. Gabriel to travel to Florida with his family.

    Although I am unable to inform the Court of pretrial services' position at this time, I wanted to write now, so that the Court has ample time to consider this request.

### Conclusion

    For all the reasons set forth herein, we respectfully request that the defendant's travel conditions be modified in order to permit him to travel as described above.

Respectfully yours,

*Diane Ferrone*

Diane Ferrone

cc: AUSA Justin Lerer (via e-mail)
       Pre-trial Services Officer Millie Devore (via e-mail)