SERCARZ & RIOPELLE, LLP

CARNEGIE HALL TOWER
152 WEST 57ᵀᴴ STREET, 24ᵀᴴ FLOOR
NEW YORK, NEW YORK 10019

1-212-586-4900
FACSIMILE 1-212-586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*
DIANE FERRONE
*ADMITTED IN NY & NJ

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 15 2012 ★

BROOKLYN OFFICE

August 10, 2012

## BY FAX AND REGULAR MAIL

The Honorable Jack B. Weinstein
U.S. District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*[handwritten: Granted so ord Counsel ... 8/11/12]*

Re:   *United States v. Michael Hosny Gabriel, 10 Cr. 588*

Dear Judge Weinstein:

        We represent Dr. Michael Gabriel, the defendant in the above referenced case. On June 28, 2012, Your Honor sentenced Dr. Gabriel to time served and three years of supervised release. You also imposed a $2000 fine on him, which he paid immediately. In addition, a forfeiture judgment has been entered against Dr. Gabriel, and although he has already paid $10,000 of that judgment, Dr. Gabriel is still liable to pay more than $75,000 in connection with it. I am pleased to report that Dr. Gabriel has successfully begun his term of supervised release and is reporting regularly to USPO Thomas Barbeau in Cincinnati, Ohio.

        At this time, I write to request that the Court authorize Mr. Gabriel to travel to Abu Dhabi for approximately four months to teach emergency medicine and first aid to the Abu Dhabi police force and others. I have spoken to both USPO Barbeau (who may be reached at 513-564-7575), and to Assistant U.S. Attorney Justin Lerer concerning this application. Both take no position on the proposed travel/employment overseas. I respectfully request that the Court grant Dr. Gabriel's application to travel to and live in Abu Dhabi for approximately four months, for the following reasons.

        Mr. Gabriel has been offered relatively lucrative employment in Abu Dhabi, as a teacher of emergency medical procedures. He will be teaching emergency medical procedures primarily to members of the Abu Dhabi police force, but will also teach emergency medicine to other government agencies in Abu Dhabi. Given Dr. Gabriel's significant financial obligations in connection with the forfeiture judgment entered against him, it is important that he find good employment as soon as possible, so that he can make good on the forfeiture judgment. The short-term employment he has been offered in Abu Dhabi, which includes room and board as



SERCARZ & RIOPELLE, LLP

The Honorable Jack B. Weinstein
August 10, 2012
Page 2

well as a salary, is a good first step for Dr. Gabriel in satisfying his remaining financial obligations. It will also permit him to maintain his connection to the medical profession in a meaningful way, which, as the Court knows from the sentencing proceedings herein, is a significant issue for Dr. Gabriel.

For all the foregoing reasons, I respectfully request that Dr. Gabriel be permitted to travel to Abu Dhabi from approximately September 1, 2012 to January 1, 2012, for the purpose of teaching emergency medical procedures to government agencies there. During his employment in Abu Dhabi, Mr. Gabriel will be employed by a business named Global Training Solutions, UAE, and he will be residing in Abu Dhabi, UAE. Dr. Gabriel is willing to submit to any reasonable plan to monitor his stay in Abu Dhabi that is agreeable to Probation Officer Barbeau – be it telephonic monitoring, checking in by Skype, or some other method – and he will, of course, continue to file financial disclosure statements while in Abu Dhabi. Officer Barbeau will be kept well informed of Dr. Gabriel's activities while he is overseas, to ensure that he is not violating the terms of his supervised release or is otherwise engaged in inappropriate conduct.

If the Court wishes to hear from Dr. Gabriel or his counsel further on this application, we are prepared to appear before Your Honor at any mutually convenient time.

Respectfully Submitted,

Roland G. Riopelle

CC:   AUSA Justin Lerer (via email)
      USPO Thomas Barbeau (via email)